McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASVIR KAUR,<br><br>     Plaintiff,<br><br>  v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>     Defendants. | No. 08-312 LJO GSA<br><br>JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |

    This is an immigration case in which plaintiff has challenged a delay in the adjudication of her application to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that the delay in the adjudication is the processing of the Federal Bureau of Investigations background name check. An expedite to the name check process has been requested as of this date. It is anticipated that the name check will be complete within 60 day. To this extent, the government requests an additional 60 days to file an answer to the complaint; counsel for plaintiff does not oppose this request.

    The parties therefore stipulate that the time for filing the government's answer be extended to July 2, 2008, and that the scheduling conference, currently set for June 24, 2008, be reset to sometime after the new answer date.

Dated: April 30, 2008

                                                    McGREGOR W. SCOTT
                                                  United States Attorney

|   |   |   |
|---|---|---|
| 1 | By: | /s/Audrey Hemesath |
| 2 |  | Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Defendants |
| 4 | By: | /s/ James M. Makasian |
| 5 |  | James M. Makasian<br>Attorney for the Plaintiff |

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on July 2, 2008, and the scheduling conference is reset to August 5, 2008 at 8:15am.

IT IS SO ORDERED.

**Dated:   April 30, 2008**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE