**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASVIR KAUR, | CASE NO. CV-F-08-312 LJO GSA |
| Plaintiff, | **ORDER TO REMAND ACTION TO ADMINISTRATIVE AGENCY** |
| vs. | |
| MICHAEL CHERTOFF,<br>Secretary of Homeland Security, et al, | |
| Defendants. / | |

In this immigration action, Plaintiff Jasvir Kaur ("Mr. Kaur") seeks declaratory judgment of naturalization pursuant to 8 U.S.C. §1421(c) and 8 U.S.C. §1447(b). Because Defendant United States Customs and Immigration Service ("USCIS") failed to make a determination on Mr. Nagi's naturalization application within 120 days after his examination, this Court had jurisdiction in this action pursuant to 8 U.S.C. §1447(b), which reads:

> If there is a failure to make a determination under section 335[8 U.S.C. §1446] before the end of the 120-day period after the date on which the examination is conducted under such a section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter. Such a court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions, to the Service to determine the matter.

When a court exercises jurisdiction over a matter pursuant to 8 U.S.C. §1447(b), it holds exclusive jurisdiction over the matter. *See United States v. Hovsepian*, 359 F.3d 1144 (9th Cir. 2004); *Zaranska v. U.S. Dept. of Homeland Security*, 400 F. Supp. 2d 500 (E.D. NY 2005). Thus, USCIS may not adjudicate the application while the case is pending before this Court. *Id.*

On June 30, 2008, the parties stipulated to remand this action to USCIS (Doc. 10). Since the filing of this action, USCIS issued a "Notice of Intent to Deny" Mr. Kaur's naturalization application. USCIS agrees to complete adjudication of Mr. Kaur's naturalization application within thirty (30) days of receipt of Mr. Kaur's response to the Notice of Intent to Deny. Because this Court holds exclusive jurisdiction over this case, USCIS cannot complete adjudication of Mr. Kaur's naturalization application unless this Court remands the case to the agency. Pursuant to 8 U.S.C. §1447(b), based on the parties stipulation, and good cause appearing, this Court:

1. REMANDS this action to the United States Citizenship and Immigration Service to adjudicate Mr. Kaur's naturalization application no later than September 2, 2008;
2. STAYS this matter until September 2, 2008;
3. ORDERS the parties, no later than August 26, 2008, to file either: (1) dispositive papers or (2) a joint status report indicating agreed-upon trial and pre-trial dates; and
4. VACATES the August 5, 2008 scheduling conference.

IT IS SO ORDERED.

**Dated:   June 30, 2008**                                 /s/ Lawrence J. O'Neill
                                                                           UNITED STATES DISTRICT JUDGE