1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7              **IN THE UNITED STATES DISTRICT COURT FOR THE**
               **EASTERN DISTRICT OF CALIFORNIA**
8

9  JASVIR KAUR,                              )    No. 1:08-cv-F-312 LJO GSA
                                              )
10       Plaintiff,                           )    JOINT STATUS UPDATE AND ORDER
                                              )    EXTENDING THE TIME TO FILE A
11    v.                                      )    NOTICE OF ADJUDICATION PER THE
                                              )    TERMS OF THE COURT'S ORDER OF
12  Michael Chertoff, Secretary of Homeland   )    REMAND
    Security, et al.                          )
13                                            )
         Defendants.                          )
14  _____)

15

16

17     This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and

18  Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to

19  seek de novo review of this application.  On June 30, 3008, the parties stipulated to a remand to

20  the agency pursuant to 8 U.S.C. § 1447(b), providing for adjudication within 30 days of receipt

21  of the petitioner's response to the Notice of Intent to Deny.  On July 1, 2008, this Court

22  remanded the matter to CIS for the purpose of adjudication, and ordered the parties to file a joint

23  status update by August 26, 2008.  The parties respectfully report that the Notice of Intent to

24  Deny was mailed by CIS on July 29, 208.  As of the time of this filing, the parties are still within

25  the time for both a response to the Notice of Intent to Deny and the subsequent adjudication.

26  Accordingly, the parties stipulate to an additional 60-day period in which to either file dispositive

    papers with the Court or provide an additional status report.

| | | |
|---|---|---|
| Dated: August 25, 2008 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/Audrey Hemesath<br>Audrey B. Hemesath<br>Assistant U.S. Attorney<br>Attorneys for the Defendants |
| | By: | /s/ James M. Makasian<br>James M. Makasian<br>Attorney for the Plaintiff |

### ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the parties are ordered to file either dispositive papers or a joint status report within 60 days from the date of this order.

IT IS SO ORDERED.

**Dated:   August 27, 2008**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

-2-