# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

JASVIR KAUR,   CASE NO. CV F 08-312 LJO GSA

        Plaintiff,   **ORDER TO DISMISS AND CLOSE CASE**

  vs.

MICHAEL CHERTOFF, Secretary of Homeland Security, et al.

        Defendants.

    In this action, Plaintiff Jasvir Kaur ("Plaintiff") filed a complaint seeking a writ of mandamus and declaratory judgment to compel Defendants[1] to adjudicate Plaintiff's naturalization application. On June 30, 2008, this Court remanded this matter to the United States Citizenship and Immigration Service ("USCIS") to complete adjudication of Plaintiff's naturalization application. On October 27, 2008, Defendants filed a Notice of Administrative Adjudication, demonstrating that, per the order of remand, USCIS completed adjudication of Plaintiff's naturalization application. Because Plaintiff received the relief sought, no case or controversy exists and this action is rendered moot. Accordingly, this Court:

    1.    DISMISSES the case; and

    2.    DIRECTS the clerk to close this action. IT IS SO ORDERED.

**Dated:   October 27, 2008**            /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[1] Defendants are Michael Chertoff, Emilio Gonzalez, David Still, Don Riding, McGregor Scott, and Robert Mueller. Though Plaintiff does not indicate whether Defendants are sued in their official capacity, each defendant is an official of the Department of Homeland Security, United States Citizenship and Immigration Service, the United States Attorney, and the Federal Bureau of Investigation.